IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN B. BOYD, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:20-CV-111 |
| | ) |
| **FCI MCKEAN WARDEN,** | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on May 13, 2020. The matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On October 4, 2021, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the petition be dismissed for lack of jurisdiction. ECF No. 15. Despite being given the opportunity to do so, Petitioner failed to file any Objections to the Report and Recommendation.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—

1

the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the filings and documents in the case, together with the report and recommendation thereto, the following order is entered:

AND NOW, this 31st day of March 2022;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus by a federal prisoner pursuant to 28 U.S.C. § 2241 be dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on October 4, 2021 [ECF No. 15] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge